UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COALITION FOR ICANN TRANSPARENCY INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>VERISIGN, INC., a Delaware corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California corporation,<br><br>                Defendants. | Case No.   05-4826 (RMW) PVT<br>ORDER ON<br>**STIPULATION RE EXPEDITED DISCOVERY** |

Pursuant to the Court's January 18, 2006 Order Granting Plaintiff's Motion for Limited Expedited Discovery, the parties hereby stipulate to the following schedule for expedited discovery, which is the same schedule the parties agreed to at the January 17, 2006 hearing:

Expedited discovery relating to the preliminary injunction shall be completed by March 17, 2006. Plaintiff served its expedited discovery on Defendants on January 18, 2006. Defendants shall serve their respective expedited discovery requests on or before January 20, 2006. The parties shall serve any written objections to the expedited discovery on or before January 27, 2006. The parties shall meet and confer in good faith to resolve all disputes concerning the expedited discovery requests by February 3, 2006. If the parties are unable to

1  resolve all such disputes, the parties shall file letter briefs with the Court on any disputed issues
2  on or before February 8, 2006.  The parties may then file responses to the letter briefs on or
3  before February 15, 2006.  The Court will hold a hearing on any issues presented in the letter
4  briefs on February 21, 2006 at 10:00 a.m.
5        IT IS SO STIPULATED.

Dated: January 19, 2006

MORRISON & FOERSTER LLP

By:

/s/ Stuart Plunkett

Stuart Plunkett

Attorneys for Plaintiff

COALITION FOR ICANN TRANSPARENCY INC.

Dated: January 19, 2006

JONES DAY

By:

/s/ Jeffrey A. LeVee

Jeffrey A. LeVee

Attorneys for Defendant INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS

Dated: January 19, 2006

ARNOLD & PORTER LLP

By:

/s/ James S. Blackburn

James S. Blackburn

Attorneys for defendant VERISIGN, INC.

      IT IS SO ORDERED

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
U.S. MAGISTRATE JUDGE

      DATED: 1/25/06