**E-FILED on**   2/14/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COALITION FOR ICANN TRANSPARENCY INC, a Delaware corporation<br><br>    Plaintiff,<br><br>    v.<br><br>VERISIGN, INC., a Delaware corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California corporation,<br><br>    Defendants. | No. C-05-04826 RMW<br><br>ORDER RE: MOTION HEARING ON TUESDAY, FEBRUARY 21 |

The court has reviewed the parties' letters regarding CFIT's intent to amend its complaint. Absent a stipulation of the parties, however, the court will hear the pending motion to dismiss and motions for judgment on the pleadings as scheduled on Tuesday, February 21, 2006 — even if CFIT files a request for leave to amend.

DATED:     2/14/06                                      /s/ Ronald M. Whyte
                                                                       RONALD M. WHYTE
                                                                         United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**

| | |
|---|---|
| Jesse Markham | JMarkham@mofo.com |
| Cathleen Stadecker | cstadecker@mofo.com |
| Jennifer Lee Taylor | JLeeTaylor@mofo.com |
| Keith Butler | kbutler@mofo.com |
| Stuart C. Plunkett | splunkett@mofo.com |
| William Stern | wstern@mofo.com |

**Counsel for Defendant(s):**

| | |
|---|---|
| Laurence J. Hutt | laurence_hutt@aporter.com |
| James S. Blackburn | james_blackburn@aporter.com |
| Courtney Schaberg | cmschaberg@jonesday.com |
| Eric Patrick Enson | epenson@jonesday.com |
| Jason C. Murray | jcmurray@jonesday.com |
| Jeffrey A. LeVee | jlevee@jonesday.com |
| Sean William Jaquez | swjaquez@jonesday.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     2/14/06                                              DOH
                                                                                  **Chambers of Judge Whyte**

ORDER RE: MOTION HEARING ON TUESDAY, FEBRUARY 21
—C-05-4826 RMW
DOH                                                                              2