UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/16/06*

| | |
|---|---|
| COALITION FOR ICANN TRANSPARENCY, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a Delaware Corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California Corporation,<br><br>Defendants. | Case No. 05-4826 (RMW) PVT<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR SUBSTITUTION OF COUNSEL |

The Court having read and considered Plaintiff's Application for Substitution of Counsel and good cause appearing therefor, rules as follows:

It is hereby ORDERED that the Application is GRANTED.

///
///
///
///
///
///

- 1 -

[PROPOSED] ORDER

1 | SO ORDERED.

2 | Dated: 3/16/06

/S/ RONALD M. WHYTE

3 | The Honorable Ronald M. Whyte

4 | Respectfully submitted by:

6-7 | *[signature]*

8 | CATHCART COLLINS & KNEAFSEY LLP
PATRICK A. CATHCART (CA SBN 65413)
9 | BRET A. FAUSETT (CA SBN 198410)
IMANI GANDY (SBN 223084)
10 | 444 S. Flower Street, 42nd Floor
Los Angeles, California 90071
11 | Phone:  (213) 225-6600
Fax:  (213) 225-6601
12 |

13-14 | *[signature]*

JESSE W. MARKHAM, JR. (CA SBN 87788)
JENNIFER LEE TAYLOR (CA SBN 161368)
15 | STUART C. PLUNKETT (CA SBN 187971)
KEVIN A. CALIA (CA SBN 227406)
16 | CATHLEEN E. STADECKER (CA SBN 234966)
MORRISON & FOERSTER LLP
17 | 425 Market Street
San Francisco, California 94105-2482
18 | Telephone:   (415) 268-7000
Facsimile:      (415) 268-7522