UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COALITION FOR ICANN TRANSPARENCY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VERISIGN, INC., et al.,<br><br>　　　　　　Defendants. | Case No.: C 05-4826 RMW PVT<br><br>**ORDER RE DEFENDANTS' PROPOSED FORM OF PROTECTIVE ORDER** |

　　　　On February 23, 2006, this court issued an order that, among other things, directed the parties to submit either a stipulated form of protective order, or else their respective proposals for a protective order, within two weeks of that order. On March 9, 2006, Defendants VeriSign, Inc. ("VeriSign") and Internet Corporation for Assigned Names and Numbers ("ICANN") submitted a proposed form of protective order. Plaintiff Coalition for ICANN Transparency ("CFIT") has not submitted any proposed form of protective order. Therefore,

　　　　IT IS HEREBY ORDERED that the court will issue a protective order in the form proposed by VeriSign and ICANN, except that the form of order, including Exhibit A thereto, must be revised to omit all references to any stipulation of the parties to the order. Defendants shall submit the revised form of order no later than March 31, 2006. The Defendants' proposed form of order, revised as required herein, is deemed effective immediately and shall govern the parties' handling of confidential information produced during this litigation.

Dated: *3/16/06*

　　　　　　　　　　　　　　　　　　　*Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*