1  Jeffrey A. LeVee (SBN 125863)
   Jason C. Murray (SBN 169806)
2  JONES DAY
   555 South Flower Street, 50th Floor
3  Los Angeles, CA 90071
   Telephone:    (213) 489-3939
4  Facsimile:    (213) 243-2539
   jlevee@jonesday.com
5
   Attorneys for Defendant
6  INTERNET CORPORATION FOR ASSIGNED
   NAMES AND NUMBERS
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

                                         *E-FILED - 4/6/06*
10

11 **COALITION FOR ICANN**            Case No. 05-4826 (RMW)
   **TRANSPARENCY INC.,**
12                                     **ORDER GRANTING**
                **Plaintiff,**          **STIPULATION ON BRIEFING**
13                                     **SCHEDULE FOR DEFENDANTS'**
        v.                             **MOTIONS TO DISMISS PLAINTIFF'S**
14                                     **FIRST AMENDED COMPLAINT**
   **VERISIGN, INC.; and INTERNET**
15 **CORPORATION FOR ASSIGNED**        (Stipulation on Briefing Schedule filed
   **NAMES AND NUMBERS,**              concurrently herewith)
16
                **Defendants.**         Date:       June 9, 2006
17                                      Time:       9:00 a.m.
                                        Location:   Courtroom 6
18

19                                      **The Honorable Ronald M. Whyte**

20

21

22

23

24

25

26

27

28

LAI-2235004v1                          ORDER ON STIPULATION
                                       ON BRIEFING SCHEDULE - 05-4826 (rmw)

## **ORDER**

As stipulated between the parties, and good cause having been shown, it is hereby ORDERED that Defendants VeriSign, Inc. ("VeriSign") and Internet Corporation for Assigned Names and Numbers ("ICANN") shall have until April 13, 2006 to file their Motions to Dismiss Plaintiff Coalition for ICANN Transparency, Inc.'s ("CFIT") First Amended Complaint, CFIT shall have until May 15, 2006 to file its oppositions to Defendants' Motions, and Defendants shall have until May 26, 2006 to file any reply papers.  Defendants' Motions shall be heard before this Court on June 9, 2006 at 9:00 a.m

Dated:  4/6/06

/s/ Ronald M. Whyte
The Honorable Ronald M. Whyte
United States District Judge