```
 1  RONALD L. JOHNSTON (State Bar No. 057418)
    ronald.johnston@aporter.com
 2  LAURENCE J. HUTT (State Bar No. 066269)
    laurence.hutt@aporter.com
 3  BRIAN K. CONDON (State Bar No. 138776)
    brian.condon@aporter.com
 4  JAMES S. BLACKBURN (State Bar No. 169134)
    james.blackburn@aporter.com
 5  ANGEL L. TANG (State Bar No. 205396)
    angel.tang@aporter.com
 6  ARNOLD & PORTER LLP
    777 South Figueroa Street, 44th Floor
 7  Los Angeles, California  90017-5844
    Telephone:  (213) 243-4000
 8  Facsimile:  (213) 243-4199

 9  Attorneys for Defendant VeriSign, Inc.

10  PATRICK A. CATHCART (State Bar No. 65413)
    Pcathcart@cathcartcollins.com
11  BRET A. FAUSETT (State Bar No. 139420)
    Bfausett@cathcartcollins.com
12  IMANI GANDY (State Bar No. 223084)
    Igandy@cathcartcollins.com
13  CATHCART COLLINS LLP
    444 South Flower Street, 42nd Floor
14  Los Angeles, California 90071
    Telephone:  (213) 225-6600
15  Facsimile:  (213) 225-6601
16
    Attorneys for Plaintiff Coalition for ICANN Transparency Inc.
17
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| COALITION FOR ICANN TRANSPARENCY INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>VERISIGN, INC., a Delaware corporation;<br><br>                    Defendant. | Case No. 5:05-CV-04826 (RMW) PVT<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON VERISIGN, INC.'S MOTIONS TO COMPEL AND CERTAIN PROSPECTIVE PRE-TRIAL DEADLINES; DECLARATION OF ANGEL L. TANG |

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON VERISIGN'S MOTIONS TO
COMPEL AND CERTAIN PROSPECTIVE PRETRIAL DEADLINES; DECLARATION OF ANGEL L. TANG
Case No. 05-CV- 04826 (RMW) PVT

Defendant VeriSign, Inc. ("VeriSign") and plaintiff Coalition for ICANN Transparency Inc. ("CFIT") submit this stipulation, based on the following facts, to continue 1) the hearing date on VeriSign's motions to compel further discovery responses to the first and second sets of document requests and first set of interrogatories, and 2) the deadlines for filing expert and rebuttal disclosures and/or reports.

On May 3, 2006, the parties submitted to the Court the following schedule of proposed pretrial and trial dates:

| | |
|---|---|
| Deadline to file motion to add parties or amend pleadings | October 13, 2006 |
| Completion of all fact discovery | March 1, 2007 |
| Deadline to file any fact discovery motions | March 6, 2007 |
| Exchange expert disclosures/reports | March 30, 2007 |
| Exchange rebuttal expert disclosures/reports | May 3, 2007 |
| Completion of all expert discovery | June 8, 2007 |
| Deadline to file any expert discovery motions | June 19, 2007 |
| Deadline for completion of ADR process | July 14, 2006 |
| Deadline for filing summary judgment motions | July 27, 2007 |
| Final Pretrial Conference | November 1, 2007 |
| Trial | December 3, 2007 |

[Docket No. 161]. The proposed schedule was adopted and entered by the Court in its minute order of May 5, 2006. [Docket No. 164].

On March 6, 2007, pursuant to the schedule above, VeriSign filed motions to compel further discovery responses to its first and second sets of document requests and first set of interrogatories ("Motions to Compel"). [Docket Nos. 190-194.] The Motions to Compel are currently scheduled

- 1 -

for oral argument on April 10, 2007. Under the current schedule, the opposition of CFIT is due on March 20, 2007 and the reply of VeriSign is due on March 27, 2007.

On March 9, 2007, three days after VeriSign filed its Motions to Compel, the Court heard oral argument on VeriSign's motion to dismiss CFIT's second amended complaint ("Motion to Dismiss"). Following the hearing, the Court took the matter under submission. In its tentative ruling issued the day prior to the hearing, the Court granted VeriSign's Motion to Dismiss in its entirety with prejudice. To date, the parties have not received the Court's final order on VeriSign's Motion to Dismiss.

Because the parties are awaiting the Court's final determination on the Motion to Dismiss, which potentially could dispose of this entire action, the parties have agreed to enter into the following stipulation to continue the hearing on VeriSign's Motions to Compel and certain other prospective pretrial deadlines for the sake of economy and to prevent the unnecessary expenditure of time and resources on motions and discovery matters that may be soon rendered moot by the Court's order on VeriSign's Motion to Dismiss.

Based on the foregoing facts VeriSign and CFIT, through their respective counsel of record, and pursuant to Northern District Local Civil Rule 6-2(a), hereby stipulate and agree as follows:

(1) VeriSign's motions to compel further discovery responses on its first and second sets of document requests and first set of interrogatories, which are currently scheduled for hearing on April 10, 2007, shall be taken off calendar. VeriSign shall be entitled to re-file and re-notice the Motions to Compel within twenty (20) days of service of the Court's final order on VeriSign's pending Motion to Dismiss.

(2) The deadline for exchange of expert disclosures and/or reports shall be continued from March 30, 2007 to April 30, 2007; and the deadline for exchange of rebuttal expert disclosures

- 2 -

1 | and/or reports shall be continued from May 3, 2007 to May 15, 2007. No other pretrial dates,
2 | including the trial date, are affected by this stipulation.

Dated: March 20, 2007

ARNOLD & PORTER LLP
ANGEL L. TANG

By: _____
ANGEL L. TANG
Attorneys for Defendant VeriSign, Inc.

Dated: March 20, 2007

CATHCART COLLINS LLP
IMANI GANDY

By: _____
IMANI GANDY
Attorneys for Plaintiff Coalition for
ICANN Transparency Inc.

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATE  3/20/07

HON. RONALD M. WHYTE
DISTRICT COURT JUDGE
Hon. Patricia V. Trumbull
Magistrate Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON VERISIGN'S MOTIONS TO
COMPEL AND CERTAIN PROSPECTIVE PRETRIAL DEADLINES; DECLARATION OF ANGEL L. TANG
Case No. 05-CV- 04826 (RMW) PVT