IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR ICANN TRANSPARENCY, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>VERISIGN, INC.,<br><br>             Defendant. | ***E-FILED - 7/17/09***<br><br>CASE NO.: C-05-04826-RMW<br><br>**CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE** |

    PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **August 28, 2009 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are required to file a Joint Case Management Statement by August 21, 2009.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: July 17, 2009

                    BY: *Jackie Garcia*
                        JACKIE GARCIA
                        Courtroom Deputy for
                        Honorable Ronald M. Whyte

1
2
3   Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28