IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR ICANN TRANSPARENCY, INC., <br><br> Plaintiff, <br><br> v. <br><br> VERISIGN, INC., <br><br> Defendant. | ***E-FILED - 8/14/09*** <br><br> CASE NO.: C-05-04826-RMW <br><br> **CLERK'S NOTICE OF VACATING CASE MANAGEMENT CONFERENCE** |

YOU ARE HEREBY NOTIFIED that the Clerk's Notice which was issued on July 17, 2009, setting forth a Case Management Conference for August 28, 2009 at 10:30 a.m. is hereby **VACATED**. Counsel are hereby informed of the vacated hearing date.

DATED: August 14, 2009

*[signature: Jackie Garcia]*

JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1 Copy of Order E-Filed to Counsel of Record: