**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

July 20, 2010

CASE NUMBER:   **CV 05-04826 RMW**  
CASE TITLE:   **Coalition for ICANN Transparency, Inc.-v- Verisign, Inc.**  
DATE MANDATE FILED:   July 19, 2010

TO COUNSEL OF RECORD:

      The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

      Sincerely,

      RICHARD W. WIEKING, Clerk

      by: /s/ Diane Miyashiro  
      Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

            CRIMINAL   -   Counsel of Record  
                                   U.S. Marshal (Copy of Mandate)  
                                   U.S. Probation Office

NDC App-16