UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COALITION FOR ICANN TRANSPARENCY, INC. <br><br> Plaintiff, <br><br> v. <br><br> VERISIGN, INC., et al., <br><br> Defendants. | Case No.: C 05-4826 RMW (PSG) <br><br> **ORDER OF RECUSAL FROM DISCOVERY REFERENCE** |

On December 6, 2010, this case was referred to the undersigned for discovery matters. Based on the file herein,

IT IS HEREBY ORDERED that I recuse myself from hearing or determining any discovery matters in the above-entitled action. The Clerk of Court shall reassign this case to another Magistrate Judge for discovery matters. All pending discovery motions must be re-noticed on the new referral Magistrate Judge's calendar.

Dated: *December 14, 2010*

PAUL S. GREWAL
United States Magistrate Judge