*E-FILED 12-20-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COALITION FOR ICANN TRANSPARENCY, INC.,<br><br>  Plaintiff,<br>v.<br><br>VERISIGN, INC.,<br><br>  Defendant. | No. C05-04826 RMW (HRL)<br><br>**ORDER DENYING PARTIES' JOINT REQUEST FOR AN ORDER SHORTENING TIME**<br><br>[Re: Docket No. 252] |

The case having been referred to this court on December 15, 2010 for discovery purposes, the parties jointly request that three pending discovery motions (Docket Nos. 232-234) be heard on January 4, 2011. This court appreciates that these discovery matters have been percolating for some time and that the parties would like to have them resolved in advance of the February 4, 2011 filing deadline for early summary judgment motions. Nevertheless, in view of matters already before this court, the parties' request for a January 2011 hearing cannot be accommodated. Accordingly, the discovery motions will be set for hearing on February 1, 2011, 10:00 a.m. in Courtroom 2. The court will notify the parties if it finds that the motions can be resolved without oral argument.

SO ORDERED.

Dated:   December 20, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:05-cv-04826-RMW Notice has been electronically mailed to:

Angel Lisa Tang     Angel_Tang@aporter.com, James_Cooper@aporter.com, Laura_Riposo_VanDruff@aporter.com, Lorraine_Danielson@aporter.com, Ronald_Johnston@aporter.com

Bret Alan Fausett     bfausett@alvaradosmith.com, bfausett@internet.law.pro, lhernandez@alvaradosmith.com

Brian K. Condon     brian_condon@aporter.com

Courtney Mattson Schaberg     cmschaberg@jonesday.com

Eric Patrick Enson     epenson@jonesday.com

Imani Gandy     igandy@adorno.com

James Frederic Speyer     james.speyer@aporter.com, kathryn.jensen@aporter.com, kelly.welchans@aporter.com

James S. Blackburn     james_blackburn@aporter.com, leyla_leos@aporter.com

Jason C. Murray     jmurray@crowell.com

Jeffrey Alan LeVee     jlevee@jonesday.com, vcrawford@jonesday.com

Kelly Anne Welchans     kelly.welchans@aporter.com, stacie.james@aporter.com

Laurence J. Hutt     laurence_hutt@aporter.com, kelly_welchens@aporter.com, stacie.james@aporter.com

Sean William Jaquez     swjaquez@jonesday.com

Tricia Anne Cross , Esq     Tricia_Cross@aporter.com, Jacqui.Tollefson@aporter.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.