***E-FILED - 2/9/11***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COALITION FOR ICANN TRANSPARENCY INC., a Delaware corporation, ) ) ) | Case No. 5:05-CV-04826 (RMW) HRL |
| ) ) | [] ORDER CONTINUING MEDIATION DEADLINE FROM JANUARY 20, 2011 TO MARCH 31, 2011 |
| Plaintiff, ) ) | |
| v. ) ) | Courtroom: 6 |
| VERISIGN, INC., a Delaware corporation, ) ) | |
| Defendant. ) ) ) ) | |

[] ORDER GRANTING MOTION OF VERISIGN TO CONTINUE MEDIATION DEADLINE
No. 5:05-CV-04826 (RMW) HRL

1 | Having considered the reasons stated by Defendant VeriSign, Inc. ("VeriSign") and Plaintiff Coalition for ICANN Transparency, Inc. ("CFIT") in their Joint Stipulation to Continue Mediation Deadline and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The deadline to hold a mediation session in this matter is CONTINUED from Thursday, January 20, 2011 to Thursday, March 31, 2011.

DATED:  2/9/11

_____
Hon. Ronald M. Whyte
United States District Court Judge

- 1 -

[] ORDER GRANTING MOTION OF VERISIGN TO CONTINUE MEDIATION DEADLINE
No. 5:05-CV-04826 (RMW) HRL