1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| COALITION FOR ICANN TRANSPARENCY INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>VERISIGN, INC., a Delaware corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California corporation,<br><br>                Defendants. | Case No. 5:05-CV-04826 (RMW) HRL<br><br>ORDER SHORTENING TIME FOR HEARING ON MOTION OF COALITION FOR ICANN TRANSPARENCY INC. TO DENY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR TO CONTINUE THE HEARING DATE PURSUANT TO RULE 56(F)<br><br>Hon. Ronald M. Whyte<br>Date:   March 11, 2011*<br>Time:   9:00 a.m.<br>Ctrm:   6<br>*Stipulated |

---

ORDER SHORTENING TIME FOR HEARING ON MOT. OF PLTF. TO DENY DEF.'S MSJ OR
CONT. HEARING DATE PURSUANT TO RULE 56(F) -- No. 5:05-CV-04826 (RMW) HRL

30736092v1

Having considered the reasons stated by Defendant VeriSign, Inc. ("VeriSign") and Plaintiff ICANN Transparency Inc. ("CFIT") in their Stipulation to Shorten Time for Hearing on Motion of CFIT To Deny Defendant's Motion For Summary Judgment Or To Continue The Hearing Date Pursuant To Rule 56(f) ("Rule 56(f) Motion") and good cause appearing therefor,

IT IS HEREBY ORDERED that:

CFIT's Rule 56(f) Motion shall be heard on March 11, 2011 at 9:00 a.m. in the courtroom of the Honorable Ronald M. Whyte.

VeriSign shall have up to and including February 25, 2011 to file its Opposition to CFIT's Rule 56(f) Motion.

CFIT shall have up to and including March 4, 2011 to file its Reply in support of its Rule 56(f) Motion.

Dated:   3/4/2011

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court