*E-FILED - 3/28/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COALITION FOR ICANN TRANSPARENCY INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a Delaware corporation,<br><br>            Defendant. | Case No. 5:05-CV-04826 (RMW) HRL<br><br>[xxxxxxxxxx ORDER CONTINUING MEDIATION DEADLINE FROM MARCH 31, 2011 TO MAY 13, 2011<br><br>Courtroom: 6 |

XXXXXXXXXX ORDER GRANTING STIPULATION OF VERISIGN TO CONTINUE MEDIATION DEADLINE
No. 5:05-CV-04826 (RMW) HRL

- 1 -

1  Having considered the reasons stated by Defendant VeriSign, Inc. ("VeriSign") and Plaintiff
2  Coalition for ICANN Transparency, Inc. ("CFIT") in their Joint Stipulation to Continue Mediation
3  Deadline and good cause appearing therefore,
4  IT IS HEREBY ORDERED that:
5  The deadline to hold a mediation session in this matter is CONTINUED from Thursday,
6  March 31, 2011 until Friday, May 13, 2011.

DATED: 3/28/11

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge

- 1 -

[XXXXXXX] ORDER GRANTING MOTION OF VERISIGN TO CONTINUE MEDIATION DEADLINE
No. 5:05-CV-04826 (RMW) HRL