RONALD L. JOHNSTON (State Bar No. 057418)
ronald.johnston@aporter.com
JAMES F. SPEYER (State Bar No. 133114)
james.speyer@aporter.com
JAMES S. BLACKBURN (State Bar No. 169134)
james.blackburn@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Defendant VeriSign, Inc.

PATRICK A. CATHCART (CA Bar No. 65413)
pcathcart@AlvaradoSmith.com
BRET A. FAUSETT (CA Bar No. 139420)
bfaucett@AlvaradoSmith.com
REGINALD ROBERTS, JR. (CA Bar No. 216249)
rroberts@AlvaradoSmith.com
IMANI GANDY (CA Bar No. 223084)
igandy@AlvaradoSmith.com
ALVARADO SMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel. (213) 229-2400
Fax. (213) 229-2499

Attorneys for Plaintiff Coalition For ICANN Transparency Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COALITION FOR ICANN TRANSPARENCY INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>VERISIGN, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:05-CV-04826 (RMW) HRL<br><br>STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) AND FOR RETENTION OF JURISDICTION OVER ACTION TO ENFORCE SETTLEMENT<br><br>Hon. Ronald M. Whyte |

30736053v2

1  IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a), by plaintiff Coalition for ICANN Transparency Inc. ("CFIT"), on the one hand, and defendant VeriSign, Inc. ("VeriSign"), on the other hand, through their respective counsel of record, that the above-captioned action is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

IT IS FURTHER STIPULATED by and between CFIT and VeriSign that the Court shall retain jurisdiction over this action following its dismissal for the sole purpose of enforcing the parties' settlement.

DATED: May 11, 2011                    ARNOLD & PORTER LLP

                                       By: /s/ James S. Blackburn
                                       James S. Blackburn
                                       Attorneys for Defendant VeriSign, Inc.

DATED: May 11, 2011                    ARNOLD & PORTER LLP

                                       By: /s/ Bret A. Fausett
                                       Bret A. Fausett
                                       Attorneys for Plaintiff Coalition For
                                       ICANN Transparency Inc.