*E-FILED - 5/31/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COALITION FOR ICANN TRANSPARENCY INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>VERISIGN, INC., a Delaware corporation; INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, a California corporation,<br><br>            Defendants. | Case No. 5:05-CV-04826 (RMW) HRL<br><br>xxxxxxxxxxx ORDER ON STIPULATION FOR DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A) AND FOR RETENTION OF JURISDICTION OVER ACTION TO ENFORCE SETTLEMENT<br><br>Hon. Ronald M. Whyte |

|xxxxxxxxx ORDER FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A) AND FOR RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT -- No. 5:05-CV-04826 (RMW) HRL

30736092v1

Pursuant to the Stipulation by Defendant VeriSign, Inc. ("VeriSign") and Plaintiff Coalition for ICANN Transparency Inc. ("CFIT") to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a) and for retention of jurisdiction by the court to enforce the parties' settlement,

IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs; and

2. The Court shall retain jurisdiction over this action following its dismissal for the sole purpose of enforcing the parties' settlement.

Dated:  5/31/11

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court

- 1 -

XXXXXXXXXX ORDER FOR DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(A) AND FOR RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT -- No. 5:05-CV-04826 (RMW) HRL